# United States District Court
## Southern District of Georgia

CHRISTOPER BRANDON WILLIAMS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV418-212

LT. OBELANDER, CPL. GIL AMADOR, BRYAN WOLFE, AND TIKA GANT,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated November 28, 2018 adopting the Report of Recommendation of the U.S. Magistrate Judge, this case is dismissed without prejudice. This Case stands closed.

November 28, 2018
*Date*

Scott L. Poff
*Clerk*

*James R. Burrell*
*(By) Deputy Clerk*